1 Jay D. Harker (State Bar No. 167063)
2 CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
3 Irvine, CA 92614
4 Telephone: (949) 260-3100
Facsimile: (949) 260-3190
5
6 Attorneys for Plaintiffs, SIEMENS
CORPORATION, SIEMENS HEALTHCARE
7 DIAGNOSTICS INC., and STEADFAST
8 INSURANCE COMPANY as subrogee of
SIEMENS CORPORATION and SIEMENS
9 HEALTHCARE DIAGNOSTICS INC.

10

11 UNITED STATES DISTRICT COURT

12 EASTERN DISTRICT – SACRAMENTO OFFICE

13

14 SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND STEADFAST INSURANCE COMPANY as subrogee of SIEMENS CORPORATION AND SIEMENS HEALTHCARE DIAGNOSTICS INC.,

CASE NO.: 2:12-CV-01894-MCE-JFM

**ORDER ON REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

Plaintiffs,

vs.

KUHLMAN TECHNOLOGIES, INC., BOSCH PACKAGING TECHNOLOGY, INC., ROBERT BOSCH PACKAGING TECHNOLOGY, INC., AND SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H,

Defendants.

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  The Ex Parte Application of Plaintiffs Siemens Corporation, Siemens Healthcare Diagnostics Inc., and Steadfast Insurance Company as subrogee of Siemens Corporation and Siemens Healthcare Diagnostics Inc. for Issuance of the Letter Rogatory Requesting International Judicial Assistance regarding service of a Summons and Complaint on SBM Schoeller-Bleckmann Medizintechnik Ges.m.b.H is hereby GRANTED.

The assigned judge of this Court will sign, and its Clerk will seal, two (2) originals of the Letter Rogatory. These two (2) originals will then be made available to the applicants to permit service in Austria.

**Date: 9/19/2012**

_____
UNITED STATES MAGISTRATE JUDGE

-2-
ORDER ON REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY)

1  Jay D. Harker (State Bar No. 167063)
   CLAUSEN MILLER P.C.
2  2040 Main Street, Suite 500
3  Irvine, CA 92614
   Telephone: (949) 260-3100
4  Facsimile: (949) 260-3190
5
6  Attorneys for Plaintiffs, SIEMENS
   CORPORATION, SIEMENS HEALTHCARE
7  DIAGNOSTICS INC., and STEADFAST
   INSURANCE COMPANY as subrogee of
8  SIEMENS CORPORATION and SIEMENS
9  HEALTHCARE DIAGNOSTICS INC.
10
11              UNITED STATES DISTRICT COURT
12         EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO OFFICE
13

| | |
|---|---|
| SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND STEADFAST INSURANCE COMPANY as subrogee of SIEMENS CORPORATION AND SIEMENS HEALTHCARE DIAGNOSTICS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KUHLMAN TECHNOLOGIES, INC., BOSCH PACKAGING TECHNOLOGY, INC., ROBERT BOSCH PACKAGING TECHNOLOGY, INC., AND SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H, <br><br> Defendants. | CASE NO.: 2:12-CV-01894-MCE-JFM <br><br> **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** <br><br> **(LETTER ROGATORY)** |

26    The United States District Court, Eastern District of California - Sacramento
27  Office presents its compliments to the Appropriate Judicial Authority of Austria, and
28

requests international assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter.

## I. REQUEST.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Austria effect service of process of the federal court Summons, Civil Cover Sheet, state court Complaint, federal court Order Re: Removal, federal court Order Requiring Joint Status Report, federal court Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, and Notice of Availability Voluntary Dispute Resolution, along with certified translations of these documents, on the below named business entity:

> SBM Schoeller-Bleckmann Medizintechnik Ges.m.b.H.
>
> Pharmastr. 1, 2630 Ternitz Austria.

The Appropriate Judicial Authority of Austria is requested to serve the above-mentioned documents by personal service into the hands of a director, managing agent or other person authorized to accept service or in a manner of service consistent with the law of Austria.

## II. FACTS OF CASE.

Plaintiffs allege as follows: Plaintiffs operated a facility located at 2040 Enterprise Blvd., West Sacramento, CA 95691 U.S.A. wherein research and development of antibiotics occurs. Located within this facility were two Autoclave units, known as SBM Autoclave #1 and SBM Autoclave #2. In 2005, Defendant SBM Schoeller-Bleckmann Medizintechnik Ges.m.b.H. handled the installation of replacement parts and assemblies for SBM Autoclave #1 at this facility. Said defendant and/or others also performed design, manufacture, distribution, and/or supply of the SBM Autoclave #1 and/or its replacement parts and assemblies. On June 19, 2009, at approximately 11:32 a.m., SBM Autoclave #1 was operating in a normal run cycle when the sliding door failed to remain in a closed position. The

1  of the room. As a result of this June 19, 2009 accident Plaintiffs suffered damages.
2  This case involves claims of liability against SBM Schoeller-Bleckmann
3  Medizintechnik Ges.m.b.H. based on strict liability (design defect), strict liability
4  (failure to warn), and negligence.

5  **III.  RECIPROCITY.**

6  This Court is willing to provide similar assistance to the judicial authorities of
7  Austria as requested.

8  **IV.  REIMBURSEMENT FOR COSTS.**

9  The Court, via Plaintiffs' counsel, is willing to reimburse the judicial authorities
10 of Austria for costs incurred in executing this Letter Rogatory up to $1,000.00 (U.S.
11 Dollars).  If costs incurred in executing this Letter Rogatory are expected to exceed
12 $1,000.00 (U.S. Dollars), the Austrian court is requested to contact Plaintiffs' counsel:
13 Martin C. Sener, Esq., Clausen Miller P.C., 10 S. LaSalle Street, Chicago, IL 60603
14 U.S.A. – voice number of (312) 855-1010; facsimile number of (312) 606-7777; and
15 e-mail address of msener@clausen.com.

16 In acknowledgment of the additional time which is needed to prepare and file
17 an Answer to the attached documents, the time period for answering is extended to 45
18 days after service.

19 DATE: _August 19, 2012_                      _John F. Moulds_
                                                Judge's Printed Name
20                                              _/s/ J. F. Moulds_
21                                              Judge's Signature
                                                United States District Court – Eastern
22                                              District – Sacramento Office
                                                501 I Street, Suite. 4-200
23                                              Sacramento, California 95814
24 SEAL OF THE COURT                            United States of America
25
26
27
28