UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND STEADFAST INSURANCE COMPANY as subrogee of SIEMENS CORPORATION AND SIEMENS HEALTHCARE DIAGNOSTICS INC., <br><br>Plaintiffs, <br><br>vs. <br><br>KUHLMAN TECHNOLOGIES, INC., BOSCH PACKAGING TECHNOLOGY, INC., ROBERT BOSCH PACKAGING TECHNOLOGY, INC., AND SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H, <br><br>Defendants. | CASE NO.:  2:12-CV-01894-MCE-JFM <br><br>**ORDER RE:  REMOVAL OF ACTION FROM STATE TO FEDERAL COURT** <br><br>State Court <br>Complaint Filed:   June 15, 2012 <br><br>Removed to <br>Federal Court:        July 18, 2012 |

This action was removed on July 18, 2012, from the Superior Court of the State of California to the United States District Court for the Eastern District of California. This United States District Court presently has jurisdiction over this action.

Dated:  October 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE